IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FILO HARRIS TURNER, III,**
    Petitioner,

vs.                                                      3:05cv432/LAC/MD

**STATE OF FLORIDA,**
    Respondent.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 24, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE due to petitioner's failure to keep the court informed of his current address and failure to comply with an order of the court.

DONE AND ORDERED this 3rd day of April, 2006.

                                                                      *s/L.A. Collier*
                                                                      **LACEY A. COLLIER**
                                                                      **SENIOR UNITED STATES DISTRICT JUDGE**